IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS S. SHADE, | No. C-08-05592 EDL |
| Plaintiff, | **ORDER GRANTING REQUEST FOR SHORTENED TIME** |
| v. | |
| JUDICIAL COUNCIL OF STATE OF CA, et al., | |
| Defendants. | |

On May 4, 2009, Plaintiff filed an unopposed request to shorten time on Defendants' motion to dismiss, in light of his scheduled surgery in June. Good cause having been shown, the Court shortens time as follows. Plaintiff shall file his opposition brief no later than 10:00 a.m. on May 11, 2009. Defendants shall file a reply brief no later than 10:00 a.m. on May 18, 2009. The Court will hold a hearing on Defendants' motion to dismiss on May 26, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 5, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge