IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS S. SHADE, | No. C-08-05592 EDL |
|     Plaintiff, | **ORDER REGARDING PLAINTIFF'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| JUDICIAL COUNCIL OF STATE OF CA, | |
|     Defendant. | |

On May 9, 2009, Plaintiff filed a request to reschedule the case management conference in the above captioned case to May 26, 2009, the date on which the hearing on Defendant's motion to dismiss is scheduled. Rather than shorten time on the case management conference, the Court hereby continues the case management conference to July 14, 2009 at 10:00 a.m. The parties shall file a joint case management conference statement no later than July 7, 2009. If Plaintiff is still recovering from surgery at that time, he may contact the Court to reschedule the conference.

**IT IS SO ORDERED.**

Dated: May 12, 2009

                                                                ELIZABETH D. LAPORTE
                                                                 United States Magistrate Judge